**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NATHANIEL MAYBIN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 16-1394 |
| v. | : | |
| | : | |
| DETECTIVE DENNIS | : | |
| SLOBODIAN, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _28th _ day of September, 2017, it is **ORDERED** that Defendants'

Motion for Summary Judgment (ECF No. 18) is **GRANTED**;

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: